UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EZEKIEL TRAIVON BONDS,

Plaintiff,

v.

THURSTON COUNTY DETENTION FACILITY, ROBBINS, ELIZABETH MCMULLEN,

Defendants.

CASE NO. 3:19-CV-5909-RBL-DWC

REPORT AND RECOMMENDATION

Noting Date: November 29, 2019

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Ezekiel Traivon Bonds, proceeding *pro se*, filed a Proposed Complaint and an Application to Proceed *In Forma Pauperis* ("IFP") on September 26, 2019. Dkt. 1. On September 27, 2019, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that his Application to Proceed IFP was deficient and directed him to "provide a certified copy of [his] prison trust account statement showing transactions for the last six months." Dkt. 2. The Clerk of Court warned Plaintiff that if he did not respond to the letter by October 28, 2019, this action may be subject to dismissal. *Id*.

Plaintiff has not responded to the Clerk of Court's letter, has not filed a certified copy of his prison trust account statement, and has not paid the filing fee. As Plaintiff has failed to respond to the Clerk for Court's letter or prosecute this case, the Court recommends this case be dismissed without prejudice. Further, as Plaitniff has not prosecuted this case, the Court finds an appeal would not be taken in good faith.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on November 29, 2019, as noted in the caption.

Dated this 14th day of November, 2019.

David W. Christel
United States Magistrate Judge