UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| EZEKIEL TRAIVON BONDS, | No. 3:19-CV-5909-RBL-DWC |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| THURSTON COUNTY DETENTION FACILITY, ROBBINS, ELIZABETH MCMULLEN, | |
| Defendants. | |

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 3], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) This case is dismissed without prejudice and all pending motions are denied as moot

(3) As Plaintiff Bond has not prosecuted this case, an appeal would not be taken in good faith.

The Clerk shall send copies of this Order to Plaintiff Bond's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 3rd day of December, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1